UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ELIJAH TURLEY,

                Plaintiff,

   v.                                          **DECISION AND ORDER**
                                                  06-CV-794S

ISG LACKAWANNA, INC.,
ISG LACKAWANNA, LLC,
MITTAL STEEL LACKAWANNA USA INC.,
MITTAL STEEL USA INC.,
   d/b/a Arcelor-Mittal Steel
LARRY D. SAMPSELL,
GERALD C. MARCHAND, and
THOMAS JAWORSKI,

                Defendants.

      1.      On July 14, 2003, in response to Defendants' Motion for Summary Judgment, Plaintiff filed a Motion to File Documents Under Seal. (Document No. 54). Specifically, Plaintiff requests this Court's permission to file the Declarations of Christopher J. Pino, Ph. D., a licensed clinical psychologist, and Syed S. Jaffri, M.D., a certified psychiatrist and neurologist, under seal.

      2.      Plaintiff's Motion to File Documents Under Seal is premised on Plaintiff's belief that the documents at issue contain Plaintiff's medical records, according to Dr. Pino and Dr. Jaffri. This Court notes that medical records often contain highly personal and confidential information.

      3.      Accordingly, upon reviewing the documents that Plaintiff proposes be filed under seal, this Court finds that Plaintiff's motion should be granted.

IT HEREBY IS ORDERED, that Plaintiff's Motion to File Documents Under Seal (Docket No. 54) is GRANTED.

SO ORDERED.

Dated:  January 5, 2009
        Buffalo, New York

                                        /s/William M. Skretny
                                        WILLIAM M. SKRETNY
                                        United States District Judge