# United States District Court

————— WESTERN DISTRICT OF NEW YORK —————

Turley

v.

ISG Lackawanna, Inc. Et al.,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 06-CV-794 - S

☒ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, plaintiff has proven by a preponderance of the evidence that he was subjected to a hostile or abusive work environment because of his race. Pursuant to the (Dkt. No.197) Jury Verdict, plaintiff has been awarded the following against the defendants:

**Award of Damages: Compensatory Damages**
a) The Corporate Defendants - $1,000,000.00
b) Larry D. Sampsell - $25,000.00
c) Gerald C. Marchand - $25,000.00
d) Thomas Jaworski - $10,000.00

**Intentional Infliction of Emotional Distress Standard**
a) ArcelorMittal Lackawanna, LLC - $250,000.00
b) Larry D. Sampsell - $10,000.00

**Award of Damages: Punitive Damages**
a) The Corporate Defendants - $20,000,000.00

**Intentional Infliction of Emotional Distress Standard**
a) ArcelorMittal Lackawanna, LLC - $4,000,000.00
b) Larry D. Sampsell - $5,000.00

This case is closed.

Date: June 14, 2012

MICHAEL J. ROEMER,
 CLERK OF COURT

By: s/Denise Collier
 Deputy Clerk